present action, it is decided that the evidence preponderatingly shows that the defendant, induced thereto by the plaintiff, did not sell the piano after 30 days and within 60 days of the taking thereof, whereby at the time this action was begun there was an existing waiver by the plaintiff of the sale of the property. In such view, finding of fact 14 is against the weight of the evidence. That finding is "that the plaintiff did not enter into an agreement with the defendant waiving the sale of the property at public auction." Judgment reversed, upon the law and the facts, and new trial granted; costs to abide the event.

McNAMEE, Appellant, v. WESTERN UNION TELEGRAPH CO., Respondent, et al. (Supreme Court, Appellate Division, Second Department. December 5, 1913.) Action by Elizabeth McNamee, as administratrix, etc., of James McNamee, deceased, against the Western Union Telegraph Company, impleaded, etc. No opinion. Reargument ordered, and case set down for January 6th, 1914. See, also, 140 App. Div. 874, 125 N. Y. Supp. 622.

McNULTY, Appellant, v. PRESS PUB. CO., Respondent. (Supreme Court, Appellate Division, First Department. November 21, 1913.) Action by Patrick McNulty against the Press Publishing Company. C. J. Farley, for appellant. H. Taylor, of New York City, respondent.

PER CURIAM. Judgment affirmed, with costs, with leave to plaintiff to amend on payment of costs. Order filed.

LAUGHLIN, J., dissents.

MAGARGAL. Appellant, v. SLIFKA, Respondent. (Supreme Court, Appellate Division, Second Department. December 19, 1913.) Action by George C. Magargal against Morris Slifka. No opinion. Judgment unanimously affirmed, with costs.

MAHER, Appellant, v. NEW ENGLAND NAVIGATION CO., Respondent. (Supreme Court, Appellate Division, First Department. December 26, 1913.) Action by Timothy Maher against the New England Navigation Company. R. J. Donovan, of New York City, for appellant. W. L. Barnett, of New York City, for respondent. No opinion. Order affirmed, with costs. Order filed.

MAHONY v. MAHONY. (Supreme Court, Appellate Division, First Department. December 26, 1913.) Action by Eugene P. Mahony against Michael J. Mahony. No opinion. Motion denied, with $10 costs. Order filed. See, also, 158 App. Div. 623, 143 N. Y. Supp. 881.

MALLOUK v. AMERICAN EXCHANGE NAT. BANK. (Supreme Court, Appellate Division, First Department. November 28, 1913.) Action by Elias N. Mallouk against the Amer-ican Exchange National Bank. No opinion. Motion denied, with $10 costs. Order filed. See, also, 143 N. Y. Supp. 1130.

In re MANDELBAUM et al. (Supreme Court, Appellate Division, First Department. November 28, 1913.) In the matter of Max Mandelbaum and another. No opinion. Decree (80 Misc. Rep. 475, 141 N. Y. Supp. 319) affirmed with costs, on opinion of Fowler, S. Order filed.

In re MANHATTAN BRIDGE THREE-CENT LINE. (Supreme Court, Appellate Division, Second Department. December 5, 1913.) In the matter of the application of the Manhattan Bridge Three-Cent Line for the appointment of commissioners, etc. No opinion. Motion to confirm report granted. See, also, 156 App. Div. 882, 141 N. Y. Supp. 1130.

MANHATTAN COMMERCIAL CO. v. PAUL. (Supreme Court, Appellate Division, Second Department. November 28, 1913.) Action by the Manhattan Commercial Company against Frank Paul. No opinion. Exceptions overruled, and judgment directed for plaintiff for $1,059.25, with interest from March 20, 1913, and with costs of this action and of the appeal, on authority of York v. Conde, 147 N. Y. 486, 42 N. E. 193.

In re MANHATTAN RY. CO. In re SECOND AVE. In re THIRD AVE. (Supreme Court, Appellate Division, First Department. November 28, 1913.) In the matter of the Manhattan Railway Company, in the matter of Second Avenue, and in the matter of Third Avenue. No opinions. Applications granted. Settle orders on notice.

MARGIES v. CLYDE S. S. CO. (Supreme Court, Appellate Division, First Department. December 26, 1913.) Action by John Margies against the Clyde Steamship Company. No opinion. Application granted. Order signed.

In re MARKS. (Supreme Court, Appellate Division, Second Department. December 5, 1913.) In the matter of Alexander Marks, an attorney. No opinion. Motion granted, and matter referred to Hon. William D. Dickey, official referee, for examination and report, together with his opinion. See, also, 143 N. Y. Supp. 1130.

In re MARKS' WILL. (Supreme Court, Appellate Division, Second Department. December 31, 1913.) In the matter of the probate of the last will and testament of Sol. Marks, deceased. No opinion. Decree of the Surrogate's Court of Kings County affirmed, with costs to the respondent.

In re MARTIN. (Supreme Court, Appellate Division, Second Department. December 5,